UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80295-CIV-HURLEY/HOPKINS

CLARENCE KELLEY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

02-80196-CR-DTKH ✓

CLOSED CAS[E]

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

**THIS CAUSE** is before the court upon the petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the instant motion be denied as time-barred.

Pursuant to Fed. R. Civ. P. 72(b), "The district judge . . . shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." The rule requires that objections be filed within ten days of service of the report and recommendation, and that the objecting party arrange for transcription of sufficient portions of the record. Fed. R. Civ. P. 72(b). The district judge may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." *Id.* Portions of the report and

Order Adopting R & R of Magistrate Judge
Kelley v. United States
Case No. 05-80295-CIV-HURLEY/HOPKINS

recommendation that are not specifically objected to are subject to the clear error standard. The identical requirements are set forth in 28 U.S.C. § 636(b)(1).

The petitioner has objected to the magistrate judge's report and recommendation. After conducting a *de novo* review of this matter, the court concludes that the magistrate judge's determination that equitable tolling is not appropriate in this case is supported by the record and the applicable law.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation of the United States Magistrate Judge [DE # 24] is **ADOPTED** in its entirety and incorporated herein by reference.

2. The petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [DE # 1] is **DENIED** as time-barred.

3. The petitioner's request for a hearing [DE # 25] is **DENIED**.

4. There being nothing further for the court to resolve, the Clerk of the Court is directed to **CLOSE** this case and to **DENY** all motions not otherwise ruled upon as moot.

**DONE** and **SIGNED** in chambers at West Palm Beach, Florida this __13__ day of April, 2007.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*
Hon. James M. Hopkins